**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 07-1130**

————————————

RAQUEL Y. GORDON,

Plaintiff - Appellant,

versus

CARLOS GUTIERREZ, Secretary Department of
Commerce,

Defendant - Appellee.

————————————

**No. 07-1131**

————————————

RAQUEL Y. GORDON,

Plaintiff - Appellant,

versus

CARLOS GUTIERREZ, Secretary Department of
Commerce; HOWARD GOLDBERG, Individual, U.S.
Patent and Trademark Office; MARGARET
FOCARINO, Individual, U.S. Patent and
Trademark Office; NANCY LE, Individual, U.S.
Patent and Trademark Office, JOHN BARLOW,
Individual, U.S. Patent and Trademark Office,

Defendants - Appellees.

————————————

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. T. S. Ellis III, District
Judge. (1:06-cv-00861-TSE-TC)

Submitted:  October 11, 2007          Decided:  October 15, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Raquel Y. Gordon, Appellant Pro Se.  Larry Lee Gregg, Assistant
United States Attorney, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raquel Y. Gordon appeals the district court's orders denying relief on her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gordon v. Gutierrez</u>, No. 01:06-cv-00861-TSE-TC (E.D. Va. filed Dec. 14, 2006 and entered Dec. 18, 2006; Jan. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>